*In re* MEDIDAS JUDICIALES ANTE EL PASO DEL HURACÁN IRMA.

*Número:* EM-2017-05          *Resuelto:* 5 de septiembre de 2017

## RESOLUCIÓN

El 4 de septiembre de 2017 el Servicio Nacional de Meteorología emitió un aviso de huracán para todo Puerto Rico ante la inminencia del paso del huracán Irma. En vista de la situación climatológica y el riesgo a la vida y a la propiedad que pudiera representar este huracán, se decreta la suspensión de los trabajos en la Rama Judicial a partir de las 12:00 del mediodía del 5 de septiembre de 2017 hasta nuevo aviso.

Como resultado de lo anterior, al amparo de nuestra facultad para reglamentar los procedimientos judiciales y conforme a lo dispuesto en los Artís. 388 y 389 del Código Político de 1902 (1 LPRA secs. 72 y 73), todo término que venza hoy 5 de septiembre de 2017, y mientras dure la emergencia, se extenderá hasta que las condiciones del tiempo permitan reanudar las labores en los tribunales.

*Se ordena la difusión inmediata de esta Resolución. Publíquese.*

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

(*Fdo.*) Juan Ernesto Dávila Rivera
*Secretario del Tribunal Supremo*